Case 2:13-cv-00105-WKW-SRW    Document 1-1    Filed 02/20/13    Page 1 of 3

# McPhillips Shinbaum, L.L.P.
## McPhillips, Shinbaum, Luck, Bodin & Guillot
### ATTORNEYS AND COUNSELORS AT LAW



EXHIBIT A

Julian L. McPhillips, Jr.*
Kenneth Shinbaum
Aaron J. Luck
James G. Bodin**
Joseph C. Guillot

516 SOUTH PERRY STREET
P.O. BOX 64
MONTGOMERY, ALABAMA 36104
(334) 262-1911
(866) 224-8664
FAX (334) 263-2321

**Also Admitted in DC

Office Admin. Amy Strickland

Of Counsel: G. William Gill

May 18, 2012



RECEIVED MAY 22 2012

Clerk of County Commission
Covington County Commission
260 Hillcrest Dr.
Andalusia, AL 36420

Sheriff Dennis Meeks
Covington County Sheriff's Office
290 Hillcrest Dr.
Andalusia, AL 36420

    Re: ***Timothy Shane Fowler-Claim against the above-named for Excessive Force And Police Brutality in Violation of 4th, 8th and 14th Amendments to the U.S. Constitution and Claims under State Law for Assault and Battery, Negligence, Wantonness, Negligent Training and Negligent Supervision***

Dear Sirs:

    This law firm and I represent Mr. Timothy Shane Fowler in the matter of his above-captioned claims. His signature below in front of a Notary Public, together with my signature, is intended to conform with statutory requirements under the **Code of Alabama**. The facts of Mr. Fowler's claim are set forth as follows.

    On Wednesday, May 9, 2012, at on or about 5:30 p.m., Mr. Fowler had just pulled up to the home of Timothy Townsend to perform some septic tank work for his mother. Mr. Fowler was simply minding his own business and in no way causing a public threat or nuisance, or in violation of any law.

    Before Mr. Fowler could pull out of Mr. Townsend's driveway, a drug-task force from Covington County consisting of as many as 30 people wearing masks, with guns drawn and brandished, busted their way into the Townsend driveway. Many of these men were a part of the Covington County Sheriff's Office, and appeared to be under the direction of said office. The next thing Mr. Fowler knew, he was being snatched out of his vehicle and thrown to the ground on his stomach, with a gun pointed to his head.

Unfortunately, Mr. Fowler suffers from an abdominal defect that has been with him since birth., namely the absence of a protective, muscular covering for his intestines and other organs. As a result, said intestines and organs bulge considerably and are encased in a large Omphacele. At the time Mr. Fowler arrived, he was not it any pain with this condition.

However, after he was thrown so forcibly, and so negligently, and in violation of his Constitutional rights, to the ground, the drug task force members began to kick him where his exposed guts were protruding. Meanwhile, Mr. Fowler was attempting to tell the drug task force about his medical condition, as did his companion present at the time, namely Julie Brown. However, this information was totally disregarded by the drug task force member who, instead, threatened Mr. Fowler with blowing his head off with a gun, loaded and presumably cocked, and pointed at his head. The drug task force member told Mr. Fowler to, "Shut your fucking mouth, if you know what's good for you."

Additionally, the drug task force member placed handcuffs on Mr. Fowler, as he continued to kick Mr. Fowler. Once the drug task force started searching around Mr. Fowler's pockets, they began to notice the protruding intestines and organs. It was only at that point, after having been severely kicked, that the drug task force members quit kicking Mr. Fowler and asked him if he was okay. Apparently, at that point, it became obvious to them that Mr. Fowler had medical problems.

Mr. Fowler was carefully searched, as was his vehicle, a company truck with Fowler Septic Tank name on it. After that, Mr. Fowler was not charged with anything.

As a proximate result of the wrongdoing described above, Mr. Fowler had to seek, and did seek, medical treatment from several medical sources, including the North Okaloosa Medical Center in Crestview, Florida, and Dr. Dennis Stewart. (See medical records attached.) Moreover, Mr. Fowler continues to experience considerable physical pain and suffering

In addition, Mr. Fowler has suffered considerable mental and emotional anguish, psychological pain and humiliation.

The foregoing facts make out a strong claim for Mr. Fowler, in violation of the 4th Amendment's prohibition against unlawful seizure, the 8th Amendment's prohibition against cruel and unusual punishment, and the 14th Amendment's prohibition against deprivation of due process. In addition, the facts make out a strong case under state law for negligence, wantonness, assault and battery, and negligent training and supervision by the Covington County Sheriff's Office and all others involved.

Therefore, in consideration above, Mr. Fowler hereby makes claim, pursuant to the **Code of Alabama**, for such an amount up to the statutory limit of $100,000 for all state law claims, and for such an amount over that for federal law claims, as the facts and circumstances of this case may warrant.

Any further communication should be directed to my attorney, Julian McPhillips, 516 S. Perry St., Montgomery, AL 36104; 334-262-1911.

_____
TIMOTHY SHANE FOWLER

BEFORE ME, the undersigned Notary Public, appeared **Timothy Shane Fowler**, who is known to me and who signs his name above, and did state that the foregoing is true and correct in every particular, on this the 18th day of May, 2012.

_____
NOTARY PUBLIC
My commission expires: 08/23/2015

Sincerely,

Julian McPhillips